UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

   v.                               Civil No. 15-cv-500-LM

<u>Hillary Rodham Clinton</u>

**<u>REPORT AND RECOMMENDATION</u>**

    Pro se prisoner Paul Blackmer has filed a complaint (doc. no. 1), an addendum to the complaint (doc. no. 4), and a motion for leave to proceed in forma pauperis (doc. no. 3).  Blackmer seeks a declaratory judgment regarding the constitutionality of the Prison Litigation Reform Act and Antiterrorism and Effective Death Penalty Act, and injunctive relief relating to Hillary Rodham Clinton.

    Blackmer is subject to the three strikes restriction set forth in 28 U.S.C. § 1915(g).  <u>See</u> <u>Blackmer v. Merrimack Cty. Super. Ct.</u>, No. 12-cv-461-JD, 2013 WL 322209, 2013 U.S. Dist. LEXIS 10965 (D.N.H. Jan. 8, 2013), <u>report and recommendation adopted</u>, No. 12-cv-461-JD, 2013 WL 322201, 2013 U.S. Dist. LEXIS 10969 (D.N.H. Jan. 28, 2013), <u>aff'd</u>, No. 13-1407 (1st Cir. Mar. 7, 2014).  This means that unless Blackmer shows that he is exposed to an "imminent danger of serious physical injury," an in forma pauperis application must be denied.  28 U.S.C.

§ 1915(g). Blackmer has failed to show that he is in imminent danger of such injury. Accordingly, the district judge should deny the motion for leave to proceed in forma pauperis (doc. no. 3), and order Blackmer to pay the filing fee within thirty days, to avoid dismissal of this case.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

                                     _____
                                     Andrea K. Johnstone
                                     United States Magistrate Judge

February 24, 2016

cc: Paul Blackmer, pro se