UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

     v.                                           Case No. 15-cv-500-LM

Hillary Rodham Clinton

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2016, for the reasons set forth therein. Plaintiff's Motion for leave to proceed in forma pauperis (doc. no. 3) is hereby denied. Plaintiff has thirty days from the date of this order to pay the filing fee to avoid dismissal of this case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: March 11, 2016

cc: Paul Blackmer, pro se